JS-6

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   BRENT A. WHITTLESEY
4  Assistant United States Attorney
   California Bar Number: 73493
5  brent.whittlesey@usdoj.gov
        Room 7516 Federal Building
6       300 North Los Angeles Street
        Los Angeles, California 90012
7       Telephone: (213) 894-2445
        Facsimile: (213) 894-5900
8
   Attorney for Plaintiff
9  Export-Import Bank

10
                 UNITED STATES DISTRICT COURT
11
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
                         WESTERN DIVISION
13

14 EXPORT-IMPORT BANK OF THE    ) No. CV 06-07188-MMM (JTLx)
   UNITED STATES,               )
                                ) (PROPOSED)
15                              )
              Plaintiff,        ) JUDGMENT
16                              )
        v.                      )
17                              )
   CHINA MERCHANDISE EXPO LLC,  )
18 a California Corporation,    )
   and TINA CHAO aka Tina Houng )
19 aka Chi Dai Houng, an        )
   individual,                  )
20                              )
                                )
21            Defendants.       )
   _____

22
        Based on the Order for Entry of Judgment issued on ~~June~~ July 24,
23
   2008, judgment is hereby ENTERED in favor of plaintiff Export-
24
   //
25
   //
26
   //
27
   //
28

1 | Import bank of the United States and against defendant China
2 | Merchandise Expo LLC in the amount of $ 684,708.60          .
3 |     IT IS SO ORDERED.
4 |
5 | DATED: ~~June~~ July 24, 2008
6 |
7 |                                    _____
                                        HON. MARGARET M. MORROW
                                        United States District Judge
8 |
9 | Submitted by,
10 | THOMAS P. O'BRIEN
    Acting United States Attorney
11 |
    LEON W. WEIDMAN
12 | Assistant United States Attorney
    Chief, Civil Division
13 |
14 |
         /s/
15 | _____
    BRENT A. WHITTLESEY
16 | Assistant United States Attorney
17 | Attorneys for Plaintiff
    Export-Import Bank of the United States
18 |
...
28 |                              2